UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| Christopher Kiel, | : <br> : <br> : <br> : |
| Plaintiff, <br> v. | : Civil Action No.: 2:15-cv-00060-RTR <br> : <br> : |
| Kohl's Department Stores, Inc.; and DOES 1-10, inclusive, | : <br> : <br> : <br> : |
| Defendants. | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of voluntary dismissal pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: August 3, 2015

                        Respectfully submitted,

                        /s/ Amy L. Cueller
                        Amy L. Cueller, Esq. #15052-49
                        LEMBERG LAW, L.L.C.
                        1100 Summer Street, 3rd Floor
                        Stamford, CT 06905
                        Telephone: (203) 653-2250
                        Facsimile: (203) 653-3424
                        E-mail: acueller@lemberglaw.com
                        Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that on August 3, 2015, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of Wisconsin Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                        By  /s/ Amy L. Cueller_____

                                            Amy L. Cueller