UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| Christopher Kiel, | |
| | Civil Action No.: 2:15-cv-00060-RTR |
| Plaintiff, | |
| v. | |
| Kohl's Department Stores, Inc.; and DOES 1-10, inclusive, | |
| Defendants. | |

## **STIPULATION OF DISMISSAL**

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party.

| Christopher Kiel | Kohl's Department Stores, Inc. |
|---|---|
| ___/s/ Amy L. Cueller_____ | __/s/ Meredith Wilkerson_____ |
| Amy L. Cueller, Esq. #15052-49 | Meredith Wilkerson |
| Lemberg Law, LLC | Kohl's Department Stores Inc. |
| 1100 Summer Street, 3rd Floor | N56 W17000 Ridgewood Drive |
| Stamford, CT 06905 | Menomonee Falls, WI 53051-5660 |
| (203) 653-2250 | (262) 703-3525 |
| Attorney for Plaintiff | Attorney for Defendant |

_____
SO ORDERED

## CERTIFICATE OF SERVICE

      I hereby certify that on September 22, 2015, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Eastern District of Wisconsin Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                  By /s/ Amy L. Cueller_____
                                                        Amy L. Cueller